MICHAEL T. TABOR
203 S. SHANNON
P. O. BOX 2877
JACKSON, TN 38302-2877
Telephone: (731) 424-3074

Trustee in Bankruptcy

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 05-15794-GWE |
| DAVIS, CECIL RAY | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $86,943.16. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 17 | Olen Fisher<br>624 Lee St<br>Dyersburg, TN 38024 | $11,107.00 | $747.93 |
| 49 | Ronnie or Scarlet McKinney<br>c/o McKinney Const. Inc.<br>317 E. State Line<br>South Fulton, TN 38257 | $134,400.00 | $9,050.30 |
| 54 | Jan Williams<br>P.O. Box 65<br>Union City, TN 38281 | $55,657.54 | $3,747.90 |
| 56 | Billy N. Newsom, Sr.<br>2787 Meacham Rd.<br>Dyersburg, TN 38024 | $155,617.31 | $10,479.05 |
| 57 | Margaret & Paul Adams<br>1292 Lake Dr.<br>Hornbeak, TN 38232 | $97,500.00 | $6,565.51 |

| # | Name/Address | Amount | Amount |
|---|---|---|---|
| 60 | Randolph Hughes, Jr.<br>534 Richwood Rd.<br>Dyersburg, TN  38024 | $5,000.00 | $336.69 |
| 61 | Randolph Hughes, Jr.<br>534 Richwood Rd.<br>Dyersburg, TN  38024 | $74,000.00 | $4,983.06 |
| 62 | Larry Edmiston<br>P.O. Box 73<br>Yorkville, TN  38389 | $157,617.22 | $10,613.72 |
| 66 | Greg Alford<br>2924 Millsfield Hwy.<br>Dyersburg, TN  38024 | $72,381.00 | $4,874.03 |
| 67 | Woody & Nancy Gillion<br>2234 Eastwood Dr.<br>Trimble, TN  38259 | $37,400.00 | $2,518.46 |
| 81 | Lemmual & Bettye Simpson<br>1154 Lake Dr.<br>Hornbeak, TN  38232 | $24,123.29 | $1,624.43 |
| 89 | Daniel B. Merritt<br>1305 Windsong Ln.<br>Longview, TX  75604 | $168,549.34 | $11,349.87 |
| 94 | Marcella C. Duren<br>304 Woodlawn<br>Kenton, TN  38233 | $40,000.00 | $2,693.54 |
| 101 | Juanita Bristow<br>2756 Colonial Towers Dr.<br>Cordova, TN  38016 | $208,482.00 | $14,038.88 |
| 122 | Jimmy R. Seals<br>3443 W. Shawtown Rd.<br>Troy, TN  382604 | $43,800.00 | $2,949.43 |
| 139 | Libby Skelton<br>3843 Hwy. 188<br>Alamo, TN  38001 | $4,500.00 | $303.02 |
| 147 | Kirk or Jill Chaney<br>P.O. Box 1749<br>Dyersburg, TN  38024 | $1,000.00 | $67.34 |

Total Unclaimed Dividends     $86,943.16

 

/s/ Michael T. Tabor

Dated: June 28, 2021     MICHAEL T. TABOR, Trustee