**Fill in this information to identify the case:**

Debtor 1: Cecil Ray Davis
 First Name    Middle Name    Last Name

Debtor 2: 
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Western District of Tennessee

Case Number: 05-15794-GWE

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED

JUL 07 2021

LISA H. HANEY
CLERK OF COURT
WESTERN DISTRICT OF TENN.

**TNWB LBF 1340 (01/20)**

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $2,518.46 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x123<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> Western District of Tennessee
> 167 North Main, Suite 800
> Memphis, TN 38103

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 1, 2021

_Signature_

Signature of Applicant
Brian J Dilks – Member
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

**6. Notarization**
STATE OF WASHINGTON

COUNTY OF KING

This Application for Unclaimed Funds, dated July 1, 2021 was subscribed and sworn to before me this 1st day of July, 2021 by Brian J Dilks who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public: _signature_
                            Matthew Zettley

My commission expires: February 19, 2022

[SEAL: MATTHEW ZETTLEY, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES FEBRUARY 19, 2022]

**6. Notarization**
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20____ by

_____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

| | |
|---|---|
| United States Attorney for Western District of Tennessee | 167 North Main, Suite 800<br>Memphis, TN 38103 |
| Debtor's Name and Address: | Cecil Ray Davis<br>10 Ford Road<br>Milan, TN 38358 |
| Debtor's Attorney's Name and Address: | Jonathan E. Scharff<br>40 South Main Street, Suite 2700<br>Memphis, TN 38103-2555 |
| Original Creditor's Name and Address: | Woody & Nancy Gillion<br>2234 Eastwood Dr.<br>Trimble, TN 38259 |

Names and addresses of all other parties served:

Date: July 1, 2021

Brian J Dilks - Member
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

MICHAEL T. TABOR
203 S. SHANNON
P. O. BOX 2877
JACKSON, TN 38302-2877
Telephone: (731) 424-3074

Trustee in Bankruptcy

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 05-15794-GWE |
| DAVIS, CECIL RAY | Chapter 7 |
| Debtor(s) | NOTICE OF UNCLAIMED DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $86,943.16. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 17 | Olen Fisher<br>624 Lee St<br>Dyersburg, TN 38024 | $11,107.00 | $747.93 |
| 49 | Ronnie or Scarlet McKinney<br>c/o McKinney Const. Inc.<br>317 E. State Line<br>South Fulton, TN 38257 | $134,400.00 | $9,050.30 |
| 54 | Jan Williams<br>P.O. Box 65<br>Union City, TN 38281 | $55,657.54 | $3,747.90 |
| 56 | Billy N. Newsom, Sr.<br>2787 Meacham Rd.<br>Dyersburg, TN 38024 | $155,617.31 | $10,479.05 |
| 57 | Margaret & Paul Adams<br>1292 Lake Dr.<br>Hornbeak, TN 38232 | $97,500.00 | $6,565.51 |

| | | | |
|---|---|---|---|
| 60 | Randolph Hughes, Jr.<br>534 Richwood Rd.<br>Dyersburg, TN 38024 | $5,000.00 | $336.69 |
| 61 | Randolph Hughes, Jr.<br>534 Richwood Rd.<br>Dyersburg, TN 38024 | $74,000.00 | $4,983.06 |
| 62 | Larry Edmiston<br>P.O. Box 73<br>Yorkville, TN 38389 | $157,617.22 | $10,613.72 |
| 66 | Greg Alford<br>2924 Millsfield Hwy.<br>Dyersburg, TN 38024 | $72,381.00 | $4,874.03 |
| 67 | Woody & Nancy Gillion<br>2234 Eastwood Dr.<br>Trimble, TN 38259 | $37,400.00 | $2,518.46 |
| 81 | Lemmual & Bettye Simpson<br>1154 Lake Dr.<br>Hornbeak, TN 38232 | $24,123.29 | $1,624.43 |
| 89 | Daniel B. Merritt<br>1305 Windsong Ln.<br>Longview, TX 75604 | $168,549.34 | $11,349.87 |
| 94 | Marcella C. Duren<br>304 Woodlawn<br>Kenton, TN 38233 | $40,000.00 | $2,693.54 |
| 101 | Juanita Bristow<br>2756 Colonial Towers Dr.<br>Cordova, TN 38016 | $208,482.00 | $14,038.88 |
| 122 | Jimmy R. Seals<br>3443 W. Shawtown Rd.<br>Troy, TN 382604 | $43,800.00 | $2,949.43 |
| 139 | Libby Skelton<br>3843 Hwy. 188<br>Alamo, TN 38001 | $4,500.00 | $303.02 |
| 147 | Kirk or Jill Chaney<br>P.O. Box 1749<br>Dyersburg, TN 38024 | $1,000.00 | $67.34 |

Total Unclaimed Dividends    $86,943.16

Dated: June 28, 2021

/s/ Michael T. Tabor
MICHAEL T. TABOR, Trustee